UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEAN MATTHEW FINNEGAN,<br><br>                    Plaintiff,<br><br>     -against-<br><br>CUBESMART,<br><br>                    Defendant. | 22-CV-304 (LTS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued February 22, 2022, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   February 22, 2022
            New York, New York

                                                   /s/ Laura Taylor Swain
                                                     LAURA TAYLOR SWAIN
                                               Chief United States District Judge